UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SORRELL,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 3:13-cv-04874-SI<br><br>**JUDGMENT** |

Plaintiff's motion for summary judgment was granted, defendant's motion for summary judgment was denied, and this action was remanded to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2015

_____
SUSAN ILLSTON
United States District Judge